**STATE of Missouri, Plaintiff/Respondent,**

v.

**Mark Allen PEER, Defendant/Appellant.**

**No. 67712.**

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 5, 1995.

Ron Trowbridge, Jefferson City, for appellant.

David C. Mobley, New London, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

PER CURIAM.

In this jury-tried case, defendant was found guilty of assault in the third degree in

violation of § 565.070.1(4), RSMo 1986. The jury assessed punishment of one year in the county jail and a fine. The trial court imposed the recommended sentence of one year imprisonment and it assessed a $1,000 fine.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).